COMMISSION ON HUMAN RIGHTS AND
OPPORTUNITIES *v.* SULLIVAN
ASSOCIATES

COMMISSION ON HUMAN RIGHTS AND
OPPORTUNITIES *v.* SULLIVAN
ASSOCIATES
(SC 16042)

The motion by the defendant Sullivan Asociates for reargument or reargument en banc of this court's decision in *Commission on Human Rights & Opportunities* v. *Sullivan Associates*, 250 Conn. 763, 739 A.2d 238 (1999), is denied.

MCDONALD, C. J., dissenting. I dissent from the vote denying reargument in this case for the reasons stated in my dissent published in *Commission on Human Rights & Opportunities* v. *Sullivan Associates*, 250 Conn. 763, 739 A.2d 238 (1999). I wish to note that the vote on this motion making a vast change in the law of property and landlord and tenant was five to four.

*James H. Lee*, in support of the motion.

*Raymond P. Pech* and *David S. Stowe*, in opposition.

Decided December 21, 1999

IN RE EDEN F. ET AL.
(SC 15965)

The motion by the respondent mother, Ann F., for reargument en banc of this court's decision in *In re Eden F.*, 250 Conn. 674, 741 A.2d 843 (1999), is denied.

BERDON, J., dissenting. I dissent from the denial of the respondent mother's motion for reargument en banc for the reasons stated in my dissent to *In re Eden F.*, 250 Conn. 674, 720B, 741 A.2d 843 (1999).

MCDONALD, J., dissenting. I concur in the reasoning and conclusions of Justice Berdon's dissent. *In re Eden F.*, 250 Conn. 674, 720B, 741 A.2d 843 (1999).

*Roger E. Bunker*, in support of the motion.

*David T. Stone*, in opposition.

*Susan T. Pearlman*, assistant attorney general, in opposition.

Decided December 21, 1999

JESSE MILES, TRUSTEE *v.* DANIEL A. FOLEY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 645 (AC 17418), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff was not entitled to a judgment of mandamus that the defendant commission approve the plaintiff's subdivision?"

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16210.

*Robert A. Fuller*, in support of the petition.

*Michael J. Cacace, Ronald E. Kowalski II* and *Aamina Ahmad*, in opposition.

Decided November 30, 1999

DONNA J. EAST *v.* LISA M. LABBE ET AL.

The petition of the plaintiff and the intervening plaintiff, Easter Seal Society, Inc., for certification for appeal